838

No. 01–10211.  ARMSTRONG v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–10215.  ARCHER v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 01–10219.  BLANEY v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 01–10222.  ROCCO v. NEW YORK STATE TEAMSTERS CONFERENCE PENSION AND RETIREMENT FUND.  C. A. 2d Cir.  Certiorari denied.

No. 01–10224.  STANLEY v. ARMSTRONG, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTION.  App. Ct. Conn.  Certiorari denied.

No. 01–10225.  SALEH v. WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 01–10228.  WILLIAMS v. GREYHOUND BUS LINES ET AL. C. A. 7th Cir.  Certiorari denied.

No. 01–10229.  VEALE ET AL. v. NEW HAMPSHIRE.  Sup. Ct. N. H.  Certiorari denied.

No. 01–10230.  VEALE ET AL. v. NEW HAMPSHIRE ET AL. Super. Ct. N. H., Hillsborough County.  Certiorari denied.

No. 01–10231.  JOHNSON v. MORGAN, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 01–10232.  GREGORY v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 01–10237.  JOHNSON v. NORTH CAROLINA.  Ct. App. N. C. Certiorari denied.

No. 01–10243.  GONZALES v. MCKUNE, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 01–10245.  LYONS-BEY v. CURTIS, WARDEN.  C. A. 6th Cir. Certiorari denied.